United States Bankruptcy Court
For the Southern District of Georgia

In the matter of: Debtor
EDDIE ROGER PASCHAL & RENEE ANTOINETTE PASCHAL
4657 WELLINGTON CT
EVANS, GA 30809

Case No:
05-12211

Page 1 of 2

FINAL REPORT AND ACCOUNT

Report Printed October 10, 2008

K-COMPLETED     SS #1: XXX-XX-3310
Attorney: LEE RINGLER     SS #2: XXX-XX-7216
Plan Filed Date: Jul  7, 2005  Plan Confirmed: Dec 14, 2005  Case Concluded: Oct 10, 2008

Your Trustee hereby certifies that this case has been fully administered, that a detailed record of all receipts and disbursements has been maintained; copies are attached to the original filed with the Clerk and incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors. $7,232.14

| Creditor Name | Clm # | Class | Claim Amount | Debt Allowed | Total Paid | Balance Due |
|---|---|---|---|---|---|---|
| LEE RINGLER | 999 | ATY | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 |
| CLERK OF U S BANKRUPTCY COURT | 991 | FFE | $155.00 | $155.00 | $155.00 | $0.00 |
| CLERK U S BANKRUPTCY COURT | 994 | ADM | $39.00 | $39.00 | $39.00 | $0.00 |
| EDDIE ROGER PASCHAL | 000.0 | DTR | | | $357.80 | $0.00 |
| EDDIE ROGER PASCHAL | 000.0 | DTR | | | $90.06 | $0.00 |
| AUGUSTA COLLECTION AGENCY INC | 001.0 | UNS | $559.05 | $122.99 | $122.99 | $0.00 |
| DOCTORS & MERCHANTS CREDIT BUR | 002.0 | UNS | $897.00 | $197.34 | $197.34 | $0.00 |
| DOCTORS & MERCHANTS CREDIT BUR | 003.0 | UNS | $60.00 | $13.20 | $13.20 | $0.00 |
| AURORA LOAN SERVICES INC | 004.0 | ARR | $77,808.20 | $0.00 | $0.00 | $0.00 * |
| AURORA LOAN SERVICES INC | 004.1 | ARR | $7,141.15 | $0.00 | $308.82 | $0.00 * |
| S S T C R C | 005.0 | UNS | $5,714.99 | $1,257.30 | $1,257.30 | $0.00 |
| ROGER & VICKI BENSON | 006.0 | UNS | $12,500.00 | $2,750.00 | $2,750.00 | $0.00 |
| CHAPTER 13 TRUSTEE FEE | | TRU | | $440.63 | $440.63 | $0.00 |

cc:     LEE RINGLER
        ATTORNEY AT LAW
        808 GREENE ST SUITE 200
        AUGUSTA, GA 30901

PAGE 1 - CONTINUED ON NEXT PAGE

Letter- Debtor: Final Report 10/10/08 CR

|  | Secured | Priority | Unsecured | Admin | Attorney | Other |  |
|---|---|---|---|---|---|---|---|
| Debt | $308.82 | $0.00 | $4,340.83 | $634.63 | $1,500.00 | $447.86 | Total Paid |
| Paid | $308.82 | $0.00 | $4,340.83 | $634.63 | $1,500.00 | $447.86 | $7,232.14 |

\* RAP (Reduced Amount to Paid)

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your petitioner as Trustee and releasing Trustee's surety from all liability on account of the proceedings; closing the estate, and for such other relief as is just.

/s/ Barnee C. Baxter
_____
Barnee C. Baxter, Trustee