FILED
Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia
By wpena at 9:11 am, Jul 28, 2010

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In the matter of: | ) | Chapter 13 Case |
| | ) | Number 05-12211-SDB |
| **EDDIE ROGER PASCHAL** | ) | |
| **RENEE ANTOINETTE PASCHAL** | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| | ) | |

## ORDER ON MOTION FOR RELEASE OF FUNDS

The Application Requesting Payment from Unclaimed Funds to Roger & Vicky Benson, having been read and considered, and just cause having been shown,

**IT IS HEREBY ORDERED** that the sum of $2,750.00 held in unclaimed funds be paid to Roger & Vicky Benson and sent to the address shown on the application.

_____
Judge, United States Bankruptcy Court

Entered at Augusta, Georgia

this 21st day of July 2010.